Stephen R. Holden, Bar NO. 166094
HOLDEN LAW GROUP
1234 High Street
Auburn, CA 95603
Email: steve@holdenlawgroup.com
Telephone: 530.888.0901
Facsimile: 530.888.0902

Attorneys for Defendant University of the Pacific

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF THE PACIFIC, *et al.*,<br><br>Defendants. | Case No. CV-08 3904<br><br>**DEFENDANT UNIVERSITY OF THE PACIFIC'S DISCLOSURE OF FINANCIAL INTEREST PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Defendant, University of the Pacific ("UOP") declares as follows pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. It is a nongovernmental corporate party in the above listed civil action; and,

2. It does not have any parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: August 15, 2008                    HOLDEN LAW GROUP


                                          By: _____
                                              Stephen R. Holden
                                              Attorneys for Defendant University of the Pacific