Stephen R. Holden, Bar NO. 166094
HOLDEN LAW GROUP
1234 High Street
Auburn, CA 95603
Email: steve@holdenlawgroup.com
Telephone: 530.888.0901
Facsimile: 530.888.0902

Attorneys for Defendant University of the Pacific

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF THE PACIFIC, *et al.*,<br><br>　　　　Defendants. | Case No. 08 3904<br><br>**DEFENDANT UNIVERSITY OF THE PACIFIC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there are no such interested entities or persons to report.

Dated: August 15, 2008　　　　　　　　　HOLDEN LAW GROUP


By: _____
　　　Stephen R. Holden
　　　Attorneys for Defendant University of the Pacific

---

UOP's Local Rule 3-16 7.1　　　　1
Certification