EDMUND G. BROWN JR.
Attorney General of the State of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General
COURTNEY S. LUI, State Bar No. 173064
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 622-2115
  Fax: (510) 622-2270
  Email: Courtney.Lui@doj.ca.gov

Attorneys for California Department of Corrections and Rehabilitation

ORIGINAL FILED
AUG 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK,<br><br>                              Plaintiff,<br><br>v.<br><br>UNIVERSITY OF THE PACIFIC; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"); PATRICIA MILLER; DAVID ROMERO; DOES TWO THROUGH TWENTY-FIVE, inclusive,,<br><br>                             Defendants. | Case No. CV 08 3904 CW<br><br>JOINDER IN NOTICE OF REMOVAL OF ACTION BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |

      Defendant California Department of Corrections and Rehabilitation hereby joins in Defendant the University of the Pacific's Notice of Removal to this Court of the state court

///

///

///

///

1 | action described in the said Notice of Removal.

2 | Dated: August 15, 2008

3 | Respectfully submitted,

4 | EDMUND G. BROWN JR.
Attorney General of the State of California

5 | MIGUEL A. NERI
FIEL D. TIGNO
6 | Supervising Deputy Attorneys General

7 |

8 | *[signature]*

9 |

10 | COURTNEY S. LUI
Deputy Attorney General
11 | Attorneys for Defendant
California Department of Corrections and Rehabilitation

12 |

13 |

...

28 |

## DECLARATION OF SERVICE BY OVERNIGHT COURIER

Case Name:  **Joanne Warwick v.. California Department of Corrections and Rehabilitation**

Case No.:  **CGC 06-455-973**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: P.O. Box 70550, Oakland, CA 94612-0550.

On <u>August 15, 2008</u>, I served the attached **JOINDER IN NOTICE OF REMOVAL OF ACTION BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION** by placing a true copy thereof enclosed in a sealed envelope with the **GOLDEN STATE OVERNIGHT**, addressed as follows:

Jose Luis Fuentes
Attorney at Law
Siegel & Yee
499 14th Street, Suite 220
Oakland, CA 94612
Attorney for Plaintiff

Kelly Jones
Attorney at Law
Holden Law Group
1234 High Street
Auburn, CA 95603
Attorneys for University of the Pacific

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 15, 2008, at Oakland, California.

| | |
|---|---|
| Shanja J. Madison | *[signature]* |
| Declarant | Signature |

90091564.wpd