Stephen R. Holden, Bar No. 166094
HOLDEN LAW GROUP
1234 High Street
Auburn, CA 95603
Email: steve@holdenlawgroup.com
Telephone: 530.888.0901
Facsimile: 530.888.0902

Attorneys for Defendant University of the Pacific

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF THE PACIFIC;<br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION ("CDCR");<br>PATRICIA MILLER; DAVID ROMERO;<br>DOES TWO through TWENTY FIVE,<br><br>    Defendants. | CV 08 3904<br><br>**CERTIFICATE OF SERVICE** |

**FILED** AUG 15 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — E-filing

**CERTIFICATE OF SERVICE**    1

HOLDEN LAW GROUP
1234 HIGH STREET
AUBURN, CA 95603-5015
530.888.0901

# CERTIFICATE OF SERVICE

I am employed in the City of Auburn, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1234 High Street, Auburn, CA 95603-5015.

On August 15, 2008, the following document(s):

- **Notice of Removal;**

- **Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6);**

- **Answer;**

- **Declaration of Financial Interest;**

- **Certification of Interested Entities or Person; and**

- **Joinder in Notice of Removal of Action by California Dept. of Corrections and Rehabilitation** (*on behalf of Courtney Lui, Deputy Attorney General, counsel for Dept. of Corrections and Rehabilitation*)

were served on all parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Jose Luis Fuentes  
Siegel & Yee  
499 14th Street, Suite 220  
Oakland, California 94612

Courtney S. Lui  
Deputy Attorney General  
Department of Justice  
Office of the Attorney General  
Employment, Regulation & Administration Section  
1515 Clay Street 20th Floor  
P.O. Box 70550  
Oakland, CA 94612-0550

Service was accomplished by:

☒ **MAIL** – I am readily familiar with the firm's practice of collection and processing documents and correspondence for mailing. Under that practice, the envelope would be deposited with the U.S. Postal Service on today's date with postage thereon fully prepaid at Auburn, California in the ordinary course of business.

☐ **PERSONAL SERVICE** – I am readily familiar with this firm's practice regarding the use of courier services. Under that practice, the courier service would dispatch a courier to this firm to pick-up and personally deliver the document(s) by close of business on today's date to the above addressee(s).

☐ **OVERNIGHT DELIVERY** – I am readily familiar with the firm's practice of collecting and processing correspondence for shipping via overnight delivery service. Under that practice it would be deposited in an overnight delivery service pick-up box or office on the same day with fees

1 | thereon fully prepaid in the ordinary course of business.

2 | ☐ **FACSIMILE** – At or about _____ a.m./p.m. on , I transmitted the document(s) to the facsimile number(s) of the above addressee(s)  This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 916.455.5916.  The transmission was reported as complete and without error.  A copy of the transmission report, properly issued by the transmitting machine, is attached.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on August 15, 2008 Auburn, California.

_____
Tina M. Taylor-Gonzales

HOLDEN LAW GROUP
1234 HIGH STREET
AUBURN, CA 95603-5015
530.888.0901

**CERTIFICATE OF SERVICE**            3