Stephen R. Holden, Bar No. 166094
HOLDEN LAW GROUP
1234 High Street
Auburn, CA 95603
Email: steve@holdenlawgroup.com
Telephone: 530.888.0901
Facsimile: 530.888.0902

Attorneys for Defendant University of the Pacific

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| JOANNE WARWICK,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF THE PACIFIC, *et al.*,<br><br>Defendants. | Case No.: CV-08-3904-CW<br><br>**DEFENDANT UNIVERSITY OF THE PACIFIC'S NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br>**[F.R.Civ.P. 12(b)(6)]** |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on **October 9, 2008 at 2:00 p.m.**, or as soon thereafter as the matter may be heard in the above-entitled court, located at 1301 Clay Street, Fourth Floor, Oakland, California, Defendant University of the Pacific ("UOP") will move the court to dismiss the action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because Plaintiff's Second Amended Verified Complaint fails to state a claim upon which relief can be granted on the grounds that (1) her claim for relief for violation of 42 U.S.C. §1983 is time barred; (2) her claim for relief based on wrongful termination in violation of public policy fails to allege essential elements to sustain her claim for relief; (3) her claim for relief for negligent supervision fails to state sufficient facts and essential elements to sustain her claim for relief; (4) her claim for relief for intentional infliction of emotional

distress fails to allege essential elements to sustain her claim for relief; (5) her claim for relief for violation of California Government Code Section 8547.1 fails to allege sufficient facts to sustain her claim for relief; (6) her claim for relief for breach of contract fails to allege essential elements to sustain her claim for relief; (7) her claim for relief for negligence fails to state sufficient facts and essential elements to sustain her claim for relief; (8) her claim for relief for declaratory relief is not necessary because there are no rights between the parties to be determined except as alleged in her Second Amended Verified Complaint.

The motion will be based on this Notice of Motion and UOP's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted and the points and authorities contained therein, previously filed herein, and the pleadings and papers filed herein and such other matters as may be brought to the Court's attention at or before the hearing.

Dated: August 20, 2008                HOLDEN LAW GROUP


By: _____
Stephen R. Holden
Attorneys for Defendant University of the Pacific