Stephen R. Holden, Bar No. 166094
HOLDEN LAW GROUP
1234 High Street
Auburn, CA 95603
Email:        steve@holdenlawgroup.com
Telephone:    530.888.0901
Facsimile:    530.888.0902

Attorneys for Defendant University of the Pacific

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF THE PACIFIC; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"); PATRICIA MILLER; DAVID ROMERO; DOES TWO through TWENTY FIVE,<br><br>    Defendants. | Case No. CV 08 3904<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the City of Auburn, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1234 High Street, Auburn, CA 95603-5015.

On August 18, 2008, the following document(s):

- **ECF Registration Information Handout;**
- **Order Setting Initial Case Management Conference and ADR Deadlines;**
- **Notice of Availability of Mgistrate Judge to Exercise Jurisdiction**

were served on all parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Jose Luis Fuentes
Siegel & Yee
499 14th Street, Suite 220
Oakland, California 94612

Courtney S. Lui
Deputy Attorney General
Department of Justice
Office of the Attorney General

**Service waived**

Service was accomplished by:

☒ **MAIL** – I am readily familiar with the firm's practice of collection and processing documents and correspondence for mailing. Under that practice, the envelope would be deposited with the U.S. Postal Service on today's date with postage thereon fully prepaid at Auburn, California in the ordinary course of business.

☐ **PERSONAL SERVICE** – I am readily familiar with this firm's practice regarding the use of courier services. Under that practice, the courier service would dispatch a courier to this firm to pick-up and personally deliver the document(s) by close of business on today's date to the above addressee(s).

☐ **OVERNIGHT DELIVERY** – I am readily familiar with the firm's practice of collecting and processing correspondence for shipping via overnight delivery service. Under that practice it would be deposited in an overnight delivery service pick-up box or office on the same day with fees thereon fully prepaid in the ordinary course of business.

☐ **FACSIMILE** – At or about _____ a.m./p.m. on , I transmitted the document(s) to the facsimile number(s) of the above addressee(s) This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 916.455.5916. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 18, 2008 Auburn, California.

_____
Tina M. Taylor-Gonzales