1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MIGUEL A. NERI
   FIEL D. TIGNO
3  Supervising Deputy Attorneys General
   COURTNEY S. LUI, State Bar No. 173064
4  Deputy Attorney General
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, CA  94612-0550
6    Telephone:  (510) 622-2115
     Fax:  (510) 622-2270
7    Email:  Courtney.Lui@doj.ca.gov

8  Attorneys for Defendant California Department of
   Corrections and Rehabilitation
9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                              OAKLAND DIVISION
13

14 | JOANNE WARWICK,                          | Case No. CV 08 3904 CW
15 |                       Plaintiff,         | DEFENDANT CA DEPARTMENT OF
   |                                          | CORRECTIONS AND
16 |        v.                                | REHABILITATION'S NOTICE OF
   |                                          | MOTION AND MOTION TO DISMISS
17 | UNIVERSITY OF THE PACIFIC;               | [Fed. R. Civ. Proc. Rule 12(b)(6)]
   | CALIFORNIA DEPARTMENT OF
18 | CORRECTIONS AND                          | Date:      October 9, 2008
   | REHABILITATION ("CDCR");                 | Time:      2:00 p.m.
19 | PATRICIA MILLER; DAVID ROMERO;           | Courtroom: 2
   | DOES TWO THROUGH TWENTY-                 | Judge:     The Honorable
20 | FIVE, inclusive,,                        |            Claudia Wilken

21 |                       Defendant.

22

23 **TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

24     **PLEASE TAKE NOTICE** that on October 9, 2008, at 2:00 p.m., or as soon thereafter as

25 the matter may be heard before the Honorable Judge Claudia Wilken, in **Courtroom 2** of the

26 United States District Court for the Northern District of California, Oakland Division, located at

27 1301 Clay Street, Fourth Floor, Oakland, California, defendant the California Department of

28 Corrections and Rehabilitation ("CDCR") will, and hereby does, bring this Rule 12(b)(6) motion.

Deft CDCR's Notice of Motion and Motion to Dismiss          Joanne Warwick v. UOP, CDCR, et al.
                                                                            CV 08 3904 CW

1  The CDCR is entitled to the relief requested because: (1) plaintiff's first cause of action for Violation of 42 U.S.C. § 1983 Free Speech, Retaliation and Due Process must fail because it is not permitted by the Eleventh Amendment, nor under the language of 42 U.S.C. § 1983, and is time-barred by the statute of limitations in any event; (2) plaintiff's second cause of action for Wrongful Termination in Violation of Public Policy is barred by the California Tort Claims Act ("TCA"), and even if the TCA is not applied, plaintiff fails to allege facts sufficient to meet the requirement of this claim; (3) plaintiff's third cause of action for Negligent Supervision is barred by the TCA, and even if the TCA is not applied, plaintiff fails to allege facts sufficient to meet the requirement of this claim; (4) plaintiff's fourth cause of action for Intentional Infliction of Emotional Distress is barred by the TCA, and even if the TCA is not applied, plaintiff fails to allege facts sufficient to meet the requirement of this claim; (5) plaintiff's fifth cause of action for Violation of CA Labor Code § 1102.5 and CA Government Code §§ 8547 et al. must fail as a matter of law since plaintiff failed to satisfy the applicable statutory requirements and failed to exhaust the applicable administrative and judicial remedies; (6) plaintiff's sixth cause of action for Breach of Contract may not be maintained against the CDCR as a matter of law because public employment in California is not held by contract, but by statute.; (7) plaintiff's seventh cause of action for Intentional Interference with Prospective Economic Advantage is barred by the TCA, and even if the TCA is not applied, plaintiff fails to allege facts sufficient to meet the requirement of this claim; (8) plaintiff's eighth cause of action for Intentional Interference with Contractual Relations is barred by the TCA, and even if the TCA is not applied, plaintiff fails to allege facts sufficient to meet the requirement of this claim; (9) plaintiff's ninth cause of action for Negligence is barred by the TCA, and even if the TCA is not applied, plaintiff fails to allege facts sufficient to meet the requirement of this claim; and (10) plaintiff's tenth cause of action for Declaratory Relief does not appear to be plead against the CDCR, but to the extent that it is, the CDCR joins in the arguments regarding this cause of action made by co-defendant the University of the Pacific in its 12(b)(6) motion, filed herein on August 15, 2008, referred to and incorporated by reference herein.

This motion is based upon this Notice of Motion and the CDCR's Memorandum of

Deft CDCR's Notice of Motion and Motion to Dismiss          Joanne Warwick v. UOP, CDCR, et al.
                                                                                          CV 08 3904 CW

2

1 | Points and Authorities filed in support thereof, on all pleadings, records, and files in this case,
2 | and on such further material and argument as may be submitted at or before the hearing on this
3 | motion.

4 | Dated: August 22, 2008

5 | Respectfully submitted,

6 | EDMUND G. BROWN JR.
Attorney General of the State of California

7 | MIGUEL A. NERI
FIEL D. TIGNO
8 | Supervising Deputy Attorneys General

*[signature]*

11 | COURTNEY S. LUI
Deputy Attorney General
12 | Attorneys for Defendant

14 | 90092033.wpd

Deft CDCR's Notice of Motion and Motion to Dismiss         Joanne Warwick v. UOP, CDCR, et al.
                                                                                   CV 08 3904 CW