DAN SIEGEL, SBN 56400
JOSE LUIS FUENTES, SBN 192236
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
CHRISTINA GOMEZ

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JOANNE WARWICK,<br><br>           Plaintiff,<br><br>     vs.<br><br>UNIVERSITY OF THE PACIFIC, a California Corporation; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"), a State Agency; PATRICIA MILLER, a CDCR employee; DAVID ROMERO, a CDCR employee; DOES TWO through TWENTY-FIVE, inclusive,<br><br>           Defendants. | Case No. CV 08 3904 CW<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT<br><br>Date Action Removed: |

   I certify that I am authorized to serve the summons and complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the summons and complaint as follows:

   1.     Person Served: PATRICIA MILLER

---

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ( Fed.R.Civ.P 4(e)(1)

1

2.  Person with whom left: S.R. ALBRITTEN, authorized person (Cal. Civ.Proc. 416.90).

Date and Time of Service: See attached written acknowledgement of receipt of summons and complaint, Exhibit 1.

3.  Place of mailing: Oakland, California

4.  Mailed to: Patricia Miller, Classification Services Unit, 1515 S. Street, Rm. 310 North Sacramento, CA 95811

5.  Manner of Service was conduct as follows:

Mail and Acknowledgement Service, C.C.P. 415.30. By mailing by first class mail copies to Patricia Miller. See attached written acknowledgement of receipt of summons and complaint, Exhibit 1.

I declare under penalty of perjury that the foregoing document is true and correct. Executed at Oakland, California.

Dated: August 27, 2008                        _____/s/_____
                                              Jose Luis Fuentes

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# EXHIBIT 1

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jose Luis Fuentes     192236<br>Siegel & Yee<br>499 14th Street, Suite 220<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 839-1200    FAX NO. (Optional): (510) 444-6698<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): JOANNE WARWICK | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102-4514
BRANCH NAME:

PLAINTIFF/PETITIONER: JOANNE WARWICK

DEFENDANT/RESPONDENT: UNIVERSITY OF THE PACIFIC, also known as
MCGEORGE SCHOOL OF LAW, INSTITUTE FOR

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | CASE NUMBER:<br>CGC 06-455973 |
|---|---|

TO (insert name of party being served): Patricia Miller

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: August 7, 2008

Jose Luis Fuentes
(TYPE OR PRINT NAME)                                         ► _____
                                                                (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. [X] A copy of the summons and of the complaint.
2. [X] Other (specify):
   Alternative Dispute Resolution package

(To be completed by recipient):
Date this form is signed: 8-19-08

S. R. Albritten
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,         ► _____
ON WHOSE BEHALF THIS FORM IS SIGNED)                          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
                                                               ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005]<br>Martin Dean's Essential Forms™ | NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

Joanne Warwick