DAN SIEGEL, SBN 56400
JOSE LUIS FUENTES, SBN 192236
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
JOANNE WARWICK

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK, <br><br> Plaintiff, <br> vs. <br><br> UNIVERSITY OF THE PACIFIC, et al., <br><br> Defendants. | Case No. CV-08-3904 CW <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S LEAVE TO FILE AND SERVE A THIRD AMENDED COMPLAINT** |

Plaintiff was granted leave to file and serve her third amended complaint within twenty (20) days of the November 21, 2008 order by Judge Claudia Wilken. (Docket 31.)

Plaintiff and Defendants (hereafter the "Parties") in good faith desire to engage in settlement discussion before committing more resources into amending, opposing and defending the third amended complaint. The Parties need additional time to review the settlement proposal. Plaintiff now seeks a continuance of the December 11, 2008 deadline to file the third amended complaint.

IT IS HEREBY STIPULATED by the Parties, through their counsel, as follows:

---

1

**STIPULATION AND ORDER EXTENDING PLAINTIFF'S LEAVE TO FILE AND
SERVE A THIRD AMENDED COMPLAINT**
*Warwick v. UOP et al.*, Case No. CV-08-3904 CW

1 | The Parties agree, with the Court's permission, to extend the time for Plaintiff to file and
2 | serve the third amended complaint until December 23, 2008. with responsive pleadings due twenty days thereafter.
3 | Dated: December 4, 2008      SIEGEL & YEE
4 |                              By: _____
5 |                              JOSE LUIS FUENTES
                                 Attorneys for Plaintiff,
6 |                              JOANNE WARWICK.
7 |
8 | Dated: December 5, 2008      HOLDEN LAW GROUP
9 |                              By _____
10|                              KELLY JONES
                                 Attorneys for Defendant
11|                              UNIVERSITY OF THE PACIFIC.
12|
13| Dated: December 7, 2008
14|                              DEPUTY ATTORNEY GENERAL
                                 By _____
15|                              COURTNEY LUI
16|                              Attorneys for Defendants
17|                              CALIFORNIA DEPARTMENT OF
                                 CORRECTIONS AND REHABILITATION
18|                              AND
                                 PATRICIA MILLER.
19|
20|                              **ORDER**
21| After considering the proposed stipulation regarding extending Plaintiff's leave to file
22| and serve the third amended complaint and there being good cause, the Court grants the Parties
23| stipulation to extend Plaintiff's time to file and serve the third amended complaint by December
24| 23, 2008. with responsive pleadings due twenty days thereafter.
25| IT IS SO ORDERED.
26|                              _____
27| Dated: 12/10/08
28|                              Honorable CLAUDIA WILKEN
                                 Judge, United States District Court

2

STIPULATION AND ORDER EXTENDING PLAINTIFF'S LEAVE TO FILE AND
SERVE A THIRD AMENDED COMPLAINT
*Warwick v. UOP et al.*, Case No. CV-08-3904 CW