DAN SIEGEL, SBN 56400
JOSE LUIS FUENTES, SBN 192236
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
JOANNE WARWICK

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK, | Case No. CV-08-3904 CW |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S FOURTH AMENDED COMPLAINT |
| UNIVERSITY OF THE PACIFIC, a California Corporation; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"), a State Agency, et al., | Courtroom: 2 , 4th floor<br>Judge: Honorable Claudia Wilken |
| Defendants. | |

SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
510-839-1200

STIPULATION AND [PROPOSED] ORDER                    1

RE: PLAINTIFF'S FOURTH AMENDED COMPLAINT

1

2    Plaintiff and Defendants, through their undersigned counsel, hereby stipulate as follows:

3    Plaintiff's Third Amended Complaint may make amendments to conform to the Court's

Order of March 4, 2009 (Docket # 49) and to add the following employees of CDCR:

4    MATTHEW CATE, Secretary of CDCR, MARVIN SPEED, a CDCR employee, TED RICH, a

5    CDCR employee, MICHAEL BRADY, a CDCR employee, CLAUDIA BELSHAW, a CDCR

6    employee, JILL BROWN, (a former CDCR employee), JOHN D. STOKES, a CDCR employee,

7    and Gary Swarthout, a CDCR employee.

8
            Dated: April 9, 2009                    SIEGEL & YEE
9

10                                                  By _____
                                                        Jose Luis Fuentes
11

12                                                  Attorneys for Plaintiff
                                                    Joanne Warwick
13

14
            Dated: April 13, 2009                   HOLDEN LAW GROUP
15

16                                                  By _____
                                                        J. Edward Brooks
17

18                                                  Attorneys for Defendant
                                                    University of the Pacific
19

20
            Dated: April 13, 2009                   DEPUTY ATTORNEY GENERAL
21

22                                                  By _____
                                                        COURTNEY LUI
23

24                                                  Attorneys for Defendants
                                                    CALIFORNIA DEPARTMENT OF
25                                                  CORRECTIONS AND REHABILITATION AND

26                                                  PATRICIA MILLER.

27

28          ///

SIEGEL & YEE
199 14th Street, Suite 220
Oakland, CA 94612
510-839-1200

STIPULATION AND [PROPOSED] ORDER                    2

RE: PLAINTIFF'S FOURTH AMENDED COMPLAINT

1      ///

2

3      Plaintiff has leave to make the amendments described above.  IT IS SO ORDERED.

4      **BUT SEE L.R. 10-1.**

5

     Dated:

6            4/17/09

7      By_____

             Honorable CLAUDIA WILKEN

8

9      Judge, United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER         3

RE: PLAINTIFF'S FOURTH AMENDED COMPLAINT