STEPHEN R. HOLDEN, SBN 166094
J. EDWARD BROOKS, SBN 247767
HOLDEN LAW GROUP
1234 High Street
Auburn, CA  95603-5015
Telephone:      530.888.0901
Facsimile:      530.888.0902

Attorneys for Defendant UNIVERSITY OF THE PACIFIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK,<br><br>    Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF THE PACIFIC;<br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION ("CDCR");<br>PATRICIA MILLER; MATTHEW CATE;<br>MARVIN SPEED; TED RICH;<br>MICHAEL BRADY; CLAUDIA<br>BELSHAW; JILL BROWN; JOHN D.<br>STOKES; GARY SWARTHOUT; DOES<br>TWO through TWENTY-FIVE,<br><br>    Defendants. | Case No. CV-08-3904-CW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND TIME TO<br>COMPLETE THE EARLY NEUTRAL<br>EVALUATION CONFERENCE**<br><br>Judge: Honorable Claudia Wilken<br>ENE Deadline:  August 31, 2009<br>Proposed Date for ENE:  September 17, 2009<br>Trial Date: July 26, 2010<br>Time: 8:30 a.m.<br>Department: 2 |

///

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE THE EARLY NEUTRAL
EVALUATION CONFERENCE

It is hereby stipulated between the parties to the above action, through their respective attorneys of record, with the Court's permission, to extend the deadline for completion of the Early Neutral Evaluation (ENE) to October 31, 2009. The extension is necessary for the foregoing reasons:

1. Defendants University of the Pacific (UOP), California Department of Correction and Rehabilitation (CDCR) and Patricia Miller, filed motions to dismiss Plaintiff Joanne Warwick's Third Amended Complaint.

2. The motions were heard before the Honorable Claudia Wilken on February 16, 2009, in conjunction with a Case Management Conference.

3. After the Court's ruling on the motions, Plaintiff was granted leave to amend the complaint to conform to the Court's ruling and add new defendants.

4. Additionally, the Court issued a Scheduling Order for the ENE was to be completed by May 26, 2009.

5. A subsequent Case Management Conference was held on April 8, 2009, at which the Court extended the deadline for completion of the ENE to August 31, 2009. The purpose of the Court's extension was to allow the newly added defendants to be served with the Fourth Amended Complaint (FAC) and request representation from the Attorney General's Office.

6. Service of process upon the newly added defendants was completed by Plaintiff on June 16, 2009.

7. On July 9, 2009, all of the newly added defendants answered the FAC and agreed to representation by the Attorney General's Office.

8. All of the parties have worked together in good faith to set a date for the ENE with the court appointed Evaluator, Dirk Schenkkan, in order to complete the ENE before the Court's deadline of August 31, 2009.

9. The parties have been unsuccessful in establishing a date to complete the ENE due to scheduling conflicts.

///

///

///

HOLDEN LAW
GROUP
1234 HIGH STREET
AUBURN, CA 95603
530.888.0901

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE THE EARLY NEUTRAL EVALUATION CONFERENCE

10. The parties, along with Mr. Schenkkan, have agreed to hold the ENE on September 17, 2009.

Dated: August 14, 2009          HOLDEN LAW GROUP

By: _____
J. Edward Brooks
Attorneys for Defendant University of the Pacific


Dated: August 11, 2009          EDMUND G. BROWN
                                Attorney General of the State of California

By: _____
Courtney S. Lui
Deputy Attorney General
Attorneys for Defendants California Department of
Corrections and Rehabilitation, et al.


Dated: 8-11-2009                SIEGEL & YEE

By: _____
Jose Luis Fuentes
Attorneys for Plaintiff Joanne Warwick

///
///
///
///
///
///
///
///
///
///
///
///

HOLDEN LAW
GROUP
1234 HIGH STREET
AUBURN, CA 95603
530 888 0901

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE THE EARLY NEUTRAL
EVALUATION CONFERENCE

**ORDER**

The deadline for completion of the Early Neutral Evaluation Conference is extended to October 31, 2009.

IT IS SO ORDERED.

8/19/09

Dated: _____        By: _____
                                                Honorable CLAUDIA WILKEN
                                                Judge, United States Northern District Court

HOLDEN LAW
GROUP
1234 HIGH STREET
AUBURN, CA 95603
530.888.0901

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE THE EARLY NEUTRAL EVALUATION CONFERENCE