1  EDMUND G. BROWN JR.
   Attorney General of California
2  MIGUEL A. NERI
   FIEL D. TIGNO
3  Supervising Deputy Attorneys General
   COURTNEY S. LUI
4  Deputy Attorney General
   State Bar No. 173064
5    1515 Clay Street, 20th Floor
     P.O. Box 70550
6    Oakland, CA 94612-0550
     Telephone: (510) 622-2115
7    Fax: (510) 622-2270
     E-mail: Courtney.Lui@doj.ca.gov
8  *Attorneys for Defendants*
   *CDCR, Patricia Miller, Matthew Cate, Marvin*
9  *Speed, Ted Rich, Michael Brady, Claudia Belshaw,*
   *Jill Brown, John D. Stokes, Gary Swarthout*

10

11            IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                   OAKLAND DIVISION

14

15

16   **JOANNE WARWICK,**                    Case No. CV 08 3904 CW

                              Plaintiff,    ~~PROPOSED~~ ORDER EXCUSING
17                                          PERSONAL ATTENDANCE AT ENE

18        v.                                ENE Date:  September 17, 2009
                                            Time:      9:00 a.m.
19   **UNIVERSITY OF THE PACIFIC;**         Judge:     Honorable Wayne D. Brazil
     **CALIFORNIA DEPARTMENT OF**
20   **CORRECTIONS AND REHABILITATION**
     **("CDCR"); PATRICIA MILLER;**
21   **MATTHEW CATE; MARVIN SPEED;**
     **TED RICH; MICHAEL BRADY;**
22   **CLAUDIA BELSHAW; JILL BROWN;**
     **JOHN D. STOKES; GARY SWARTHOUT;**
23   **DOES TWO THROUGH TWENTY-FIVE,**
     **inclusive,**
24
                              Defendant.
25

26

27

28

                              1

1        Pursuant to ADR L. R. 5-10, the following parties are excused from personally appearing at

2  the early neutral evaluation scheduled on Septemebr 17, 2009 in this case: Matthew Cate, Jill

3  Brown and John Stokes.  Jill Brown ~~and John Stokes are required to~~ appear by phone.  Matthew

*must appear in person but may*

4  Cate is completely excused from attending the ENE and will not be required to appear by phone.

5

6  IT IS SO ORDERED.

7

8  8/31/09

9                   THE HONORABLE WAYNE D. BRAZIL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  OK2007900031
     90124462.doc

28

Proposed Order Excusing Personal Attendance at ENE  (CV 08 3904 CW)