UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOANNE WARWICK, | ) | |
| Plaintiff(s), | ) | No. C08-3904 CW (BZ) |
| v. | ) | **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |
| UNIVERSITY OF THE PACIFIC, et al., | ) | |
| Defendant(s). | ) | |

Having read defendants' Motion To Compel Further Deposition of Plaintiff and To Extend Time, **IT IS HEREBY ORDERED** that the plaintiff shall set forth its position on the discovery dispute(s) in a letter of not more than **two pages** to be served and filed by **12:00 p.m. on Tuesday, November 24, 2009.** **IT IS FURTHER ORDERED**, that a telephonic conference is scheduled for **Wednesday, November 25, 2009 at 10:00 a.m.,** to discuss the discovery dispute(s) currently at issue. Counsel shall contact **CourtCall**, telephonic court appearances at

///

///

1

**1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: November 20, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WARWICK V. UNIV. OF PACIFIC\TEL CONF ORD 1.wpd