UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK,<br>Plaintiff(s),<br>v.<br>UNIVERSITY OF THE PACIFIC, et al.,<br>Defendant(s). | No. C08-3904 CW (BZ)<br><br>**SECOND DISCOVERY ORDER** |

Following a telephonic conference where all parties were represented by counsel, **IT IS ORDERED AS FOLLOWS:**

1. Consistent with the views I expressed during the conference, defendant CDCR's motion for additional time to depose plaintiff is **GRANTED**. CDCR will have **5 ADDITIONAL HOURS** to depose plaintiff.

2. The deadline to complete all depositions will be extended to January 31, 2010.

//
//
//
//

1

3. The parties are **ORDERED** to meet and confer in order to finalize a deposition schedule. The parties are **ORDERED** to file a stipulated schedule for the completion of deposition discovery by **FRIDAY, DECEMBER 4, 2009.**

Dated: November 25, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WARWICK V. UNIV. OF PACIFIC\DISC ORD 2.wpd