| 1 | EDMUND G. BROWN JR.
Attorney General of California
| 2 | COURTNEY S. LUI
Deputy Attorney General
| 3 | State Bar No. 173064
 1515 Clay Street, 20th Floor
| 4 |  P.O. Box 70550
 Oakland, CA 94612-0550
| 5 |  Telephone: (510) 622-2115
 Fax: (510) 622-2270
| 6 |  E-mail: Courtney.Lui@doj.ca.gov
*Attorneys for Defendants CDCR and individually*
| 7 | *named CDCR defendants*

STEPHEN R. HOLDEN, SBN 166094
[steve@holdenlawgroup.com]
J. EDWARD BROOKS, SBN 247767
[ed@holdenlawgroup.com]
 Holden Law Group
 1234 High Street
 Auburn, CA 95603
 Telephone: 530-888-0901
 Fax: 530-888-0902
*Attorneys for Defendant University of the Pacific*

JOSE LUIS FUENTES, SBN 192236
 Siegel & Yee
 499 14th Street, Suite 220
 Oakland, CA 94612
Telephone: 510-839-1200
Fax: 510-444-6698
*Attorneys for Plaintiff Joanne Warwick*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| **JOANNE WARWICK,**<br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>**UNIVERSITY OF THE PACIFIC; et al.**<br><br>　　　　　　　　　　Defendants. | Case No. CV 08 3904 CW (BZ)<br><br>**AMENDMENT TO STIPULATED SCHEDULE FOR COMPLETION OF DEPOSITIONS AND [PROPOSED ORDER]**<br><br>Discovery Magistrate: The Honorable Bernard Zimmerman<br>Trial Judge: The Honorable Claudia Wilken |

In accordance with the Stipulated Schedule for Completion of depositions filed on December 4, 2009 (Docket 88), plaintiff Joanne Warwick ("Plaintiff"), and defendants the University of the Pacific; the California Department of Corrections and Rehabilitation ("CDCR"), and individually named CDCR defendants Patricia Miller, Matthew Cate, Marvin Speed, Ted Rich, Jr., Michael Brady, Claudia Belshaw, Jill Brown, John D. Stokes, Gary Swarthout (collectively "CDCR Defendants") respectfully submit the following Amended Stipulated Schedule for Completion of depositions for the Court's approval. Said depositions could not be taken before January 31, 2010 because of witnesses and counsels availability. Said schedule will not interfere with other deadlines set by Case Management Order (Docket 48).

**I. Depositions to Be Taken by Written Questions Provided by Plaintiff:**

(1) Pat Cassaday, question sent on January 13, and 28, 2010; responses Due February 12, 2010.

(2) Marc Remis, question sent on January 13, 2010; responses Due February 12, 2010.

(3) Rick Winistorfer, question sent on January 13, 2010; responses Due February 12, 2010.

(4) Robert Ambroselli, question sent on January 13, 2010; responses Due February 12, 2010.

(5) George Lehman, question sent on January 13, 2010; responses Due February 12, 2010.

**II. Depositions to Be Taken By Plaintiff Joanne Warwick:**

(1) Mike Miller- February 24, 2010, 9:30 a.m.

**III. Deposition to Be Taken By The Parties:**

(2) David Romero - February 24, 2010, 1:30 p.m.

Dated: February 10, 2010

///

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
_____/s/_____
COURTNEY S. LUI
Deputy Attorney General
Attorneys for Defendants California Department of Corrections and Rehabilitation, Patricia Miller, Matthew Cate, Marvin Speed, Ted Rich, Jr., Michael Brady, Claudia Belshaw, Jill Brown, John D. Stokes, Gary Swarthout

Respectfully submitted,

HOLDEN LAW GROUP

_____/s/_____
J. EDWARD BROOKS
Attorneys for Defendant the University of the Pacific

Respectfully submitted,

SIEGEL & YEE
_____/s/_____
JOSE LUIS FUENTES
Attorneys for Plaintiff Joanne Warwick

**ORDER**

For the reasons stated in **Amended Stipulated Schedule for Completion of Depositions**, the Court hereby ADOPTS the **Amended Stipulated Schedule for Completion of Depositions** as the ORDER of the Court.

Dated: February 11, 2010

_____
The Hon. Bernard Zimmerman,
United States Magistrate Judge