J. EDWARD BROOKS, Bar No. 247767
HOLDEN LAW GROUP
1234 High Street
Auburn, CA 95603
Email:         ed@holdenlawgroup.com
Telephone:     530.888.0901
Facsimile:     530.888.0902

Attorneys for Defendant UNIVERSITY OF THE PACIFIC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK, | Case No. CV-08-3904 CW |
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEY |
| UNIVERSITY OF THE PACIFIC; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"); PATRICIA MILLER; MATTHEW CATE; MARVIN SPEED; TED RICH; MICHAEL BRADY; CLAUDIA BELSHAW; JILL BROWN; JOHN D. STOKES; GARY SWARTHOUT; DOES TWO through TWENTY-FIVE, | |
| Defendants. | |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:

Defendant UNIVERSITY OF THE PACIFIC hereby substitutes J. Edward Brooks, Esquire, Holden Law Group, 1234 High Street, Auburn, California 95603 as their attorney of record in the above-referenced action in place of Kelly A. Jones, Esquire formerly of Holden Law Group, 1234 High Street, Auburn, California 95603.

| | |
|---|---|
| 1 | I ACCEPT THIS SUBSTITUTION |
| 2 | Dated: March 18, 2009 |

*[Signature]*
J. Edward Brooks
Holden Law Group
1234 High Street
Auburn, California 95603
530.888.0901
530.888.0902 (facsimile)

I ACCEPT THIS SUBSTITUTION

Dated: February 25, 2009

*[Signature]*
Kelly A. Jones, Esquire
209 Northgate Court
Richmond, Virginia 23236
(804) 647-7170

## ORDER

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: 2/11/10

*[Signature]*
United States ~~Bankruptcy~~ Judge
District

Substitution of Attorney

2