UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK, | |
| Plaintiff(s), | No. C08-3904 CW (BZ) |
| v. | |
| UNIVERSITY OF THE PACIFIC, et al., | **THIRD DISCOVERY ORDER** |
| Defendant(s). | |

Following a telephonic discovery conference where all parties were represented by counsel, **IT IS ORDERED AS FOLLOWS**:

1. Plaintiff is given leave to file a motion addressing only the question of whether a motion to compel would be timely.

2. Plaintiff shall file her motion by **February 22, 2010.** Any opposition shall be filed by **February 26, 2010.** Any reply is shall be filed by **March 2, 2010 by 12:00 PM**.

3. The Court will schedule a hearing **if necessary** on **March 3, 2010.**

Dated: February 16, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WARWICK V. UNIV. OF PACIFIC\DISC ORDER 3.wpd

1