UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK, | ) |
| Plaintiff(s), | ) No. C08-3904 CW (BZ) |
| v. | ) **FOURTH DISCOVERY ORDER** |
| UNIVERSITY OF THE PACIFIC, et al., | ) |
| Defendant(s). | ) |

Before the Court is plaintiff's motion requesting leave to file a motion to compel. After reviewing the parties' papers and finding no need for a hearing, **IT IS ORDERED** that plaintiff's request to file a motion to compel is **DENIED.**

Plaintiff's motion is not timely. Civil Local Rule 26-2 states that a "'discovery cut-off' is the date by which all responses to written discovery are due and by which all depositions must be concluded." Further "no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off . . . ." Id. The discovery cut-off in this case was December 31, 2009. I extended the deadline to complete depositions by Order dated November 25, 2010 for the

1

limited purpose of permitting the parties to avoid taking certain specified discovery over the holidays. Even assuming I extended the cut-off to January 31, 2010 by my November 25, 2010 Order, plaintiff's motion is still untimely. Plaintiff brought this discovery dispute to the court's attention on February 9, 2010, which is more than 7 days after January 31, 2010.

Further, plaintiff has been dilatory in raising this discovery dispute. Plaintiff does not deny that she knew or should have known that the email responses provided by the CDCR may have been deficient as far back as June or July of 2009. Counsel did not even raise this issue until a meeting with defense counsel in December 2009. Plaintiff has provided no explanation for her lack of diligence other than an interpretation of the rules that allows a party to wait and file all motions to compel after discovery is closed.

Plaintiff is however correct that the CDCR has a duty to supplement under Rule 26. In the exercise of the Court's inherent power to manage its docket, **IT IS ORDERED** that by **MARCH 17, 2010** the CDCR shall examine the hard drives of each of the individuals whose emails are in dispute to search for locally saved copies of relevant emails and to supplement its production if necessary.

Dated: March 5, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WARWICK V. UNIV. OF PACIFIC\DISC ORD 4 FINAL VERSION.wpd

2