```
1  DAN SIEGEL, SBN 56400
   JOSE LUIS FUENTES, SBN 192236
2  SIEGEL & YEE
3  499 14th Street, Suite 220
   Oakland, California 94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5
6  Attorneys for Plaintiff
   JOANNE WARWICK
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK,<br><br>　　　　Plaintiff,<br>　vs.<br><br>UNIVERSITY OF THE PACIFIC, *et al.*,<br><br>　　　　Defendants. | Case No. CV-08-3904 CW<br><br>SUBSTITUTION OF ATTORNEY |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:

　　Plaintiff JOANNE WARWICK hereby substitutes herself, Joanne Warwick, Esquire, P.O. Box 29952, Oakland, California 94604, as her attorney of record in the above-referenced action in place of Siegel & Yee, 499 14th Street, Suite 220, Oakland, California 94612.

---

Warwick v. University of the Pacific, Case No. CV-08-3904 CW
Substitution of Attorney　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

| | |
|---|---|
| 1 | I ACCEPT THIS SUBSTITUTION |
| 2 | |
| 3 | Dated: August 3, 2010 |

                        Jose Luis Fuentes
Siegel & Yee
499 14th Street, Suite 220
Oakland, California 94612

I ACCEPT THIS SUBSTITUTION

Dated: August 4, 2010

                        Joanne Warwick
P.O. Box 29952
Oakland, California 94604

## **ORDER**

The foregoing substitution of attorney is authorized by the Court.

IT IS SO ORDERED.

Dated: 8/11/2010

                        United States District Court Judge

---

Warwick v. University of the Pacific, Case No. CV-08-3904 CW
Substitution of Attorney                         2