Joanne Warwick, SBN 230588
P.O. Box 29952
Oakland, CA 94604
Telephone: (415) 724-3124
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WARWICK,<br><br>        Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF THE PACIFIC, et al.,<br><br>        Defendant | Case No.: CV-08-3904<br><br>~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REQUEST FOR PERMISSION TO E-FILE<br><br>Date:<br>Time:<br>Courtroom: 2, 4th Floor<br>Judge: The Honorable Claudia Wilkin |

~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REQUEST PERMISSION TO E-FILE

Plaintiff has filed a motion requesting permission to e-file in this case. Permission to e-file in this case is hereby granted to Plaintiff Joanne Warwick. It is so ordered.

Dated: FEB 0 3 2011

                                                        Judge Claudia Wilkin

~~Proposed~~ Order Granting Plaintiff's Unopposed Motion to Request Permission to E-File
(CV-08-2904 CW/BZ)

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOANNE WARWICK,

        Plaintiff,

v.

UNIVERSITY OF THE PACIFIC et al,

        Defendant.
_____/

Case Number: CV08-03904 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joanne Warwick
Post Office Box 29952
Oakland, CA 94604

Dated: February 3, 2011

                                         Richard W. Wieking, Clerk
                                         By: Nikki Riley, Deputy Clerk